VIVIA AMALFITANO et al., Respondents, v ARMAND ROSENBERG, Appellant.

Decided August 28, 2008

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

In the Matter of AMBER C., an Infant. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents; THERESA C., Appellant.

Submitted May 19, 2008; decided August 28, 2008

Motion for leave to appeal, purportedly on behalf of Theresa C., dismissed upon the ground that the proceeding against her abated upon her death.

COMMITTEE TO SAVE ST. BRIGID'S INC. et al., Appellants, v EDWARD CARDINAL EGAN et al., Respondents.

Submitted August 25, 2008; decided August 28, 2008

Motion by New York State Catholic Conference for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.